IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DARLA DAWN PRESSLEY                                                              PLAINTIFF

vs.                                        Civil No. 4:12-cv-04062

CAROLYN W. COLVIN                                                                DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Now on this 3rd day of July 2013, comes for consideration the Report and Recommendation dated June 12, 2013 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 12.) In this Report and Recommendation, Judge Bryant recommends Defendant's Motion to Remand (ECF No. 11) be **GRANTED.** Fourteen (14) days have passed without objections being filed by the Parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation, reverses the decision of the Commissioner, and remands this case to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g) (2010).

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, an application may be filed up to thirty (30) days after the judgment becomes "not appealable" i.e., thirty (30) days after the sixty (60) day time for appeal has ended. *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S. Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B) and (d)(2)(G).

**IT IS SO ORDERED.**

/s/ Susan O. Hickey
SUSAN O. HICKEY
U.S. DISTRICT JUDGE